ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
FARSAD LAW OFFICE, P.C.
2905 Stender Way, Suite 76
Santa Clara, CA 95054
Telephone: 408-641-9966
Fax: 408-866-7334
Emails: Farsadlaw1@gmail.com;
nancy@farsadlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

Mark Smith,

          Debtor(s),

Case No. 18-51964 MEH

Chapter 11

**Date:** March 28, 2019
**Time:** 10:30am
**Place:** 280 S. 1st St., Courtroom 3020
San Jose, CA 95113
**Before:** Judge Hon. M. Elaine Hammond

## NOTICE OF HEARING ON DEBTOR'S MOTION FOR ORDER DISMISSING CASE

TO THE HONORABLE M.ELAINE HAMMOND, UNITED STATES BANKRUTPCY JUDGE, THE UNITED STATES TRUSTEE, DEUTSCHE BANK NATIONAL TRUST COMPANY, AND ALL OTHER CREDITORS AND PARTIES IN INTEREST:

    NOTICE IS HEREBY GIVEN that a hearing will be held on March 28, 2019 at 10:30 a.m. before the Honorable M. Elaine Hammond, United States Bankruptcy Judge, at the United States Bankruptcy Court, 280 South First Street, Room 3020, San Jose, California 95113, to consider the Debtor's Motion To Dismiss Chapter 11 Case (the "Motion"), a copy of which is served herewith.

1

NOTICE IS HEREBY FURTHER GIVEN that pursuant to Bankruptcy Local Rule 9014-1(c)(2) requires that any opposition to the Motion shall be filed with the Court and served on the Debtor's counsel no later than March 14, 2019.

Dated: February 22, 2019                    FARSAD LAW OFFICE, P.C.


                                            By: */s/ Nancy Weng*
                                            Nancy Weng, Esq.
                                            Attorney for Debtor-in-Possession